**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__EASTERN__  District of __NEW YORK__
(State)

Case number (*If known*): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  __BRAMBLE 34 CORP.__

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  __81__ – __1711275__

4. **Debtor's address**

   **Principal place of business**

   __13 CHARLES ST__
   Number   Street

   _____

   __ROOSEVELT__   __NY__   __11575__
   City   State   ZIP Code

   __NASSAU__
   County

   **Mailing address, if different from principal place of business**

   _____
   Number   Street

   _____
   P.O. Box

   _____
   City   State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number   Street

   _____

   _____
   City   State   ZIP Code

5. **Debtor's website** (URL)  _____

Debtor ____BRAMBLE 34 CORP_____  Case number (*if known*)_____
      Name

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ❏ Partnership (excluding LLP) |
| | | ❏ Other. Specify: _____ |

| | | |
|---|---|---|
| 7. | **Describe debtor's business** | A. *Check one:* |
| | | ❏ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ❏ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ❏ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ❏ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ❏ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☒ None of the above |
| | | |
| | | B. *Check all that apply:* |
| | | ❏ Tax-exempt entity (as described in 26 U.S.C. § 501) |
| | | ❏ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | | ❏ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | | |
| | | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . |
| | | __5__ __3__ __1__ __3__ |

| | | |
|---|---|---|
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
| | | ❏ Chapter 7 |
| | | ❏ Chapter 9 |
| | A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | ☒ Chapter 11. *Check **all** that apply*: |
| | |     ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | |     ❏ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | |     ❏ A plan is being filed with this petition. |
| | |     ❏ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | |     ❏ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | |     ❏ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ❏ Chapter 12 |

Debtor    __BRAMBLE 34 CORP_____    Case number (*if known*)_____
         Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☒ No
   ☐ Yes.  District _____  When ___/___/_____  Case number _____
                                          MM / DD / YYYY
           District _____  When ___/___/_____  Case number _____
                                          MM / DD / YYYY

   If more than 2 cases, attach a separate list.

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☒ No
    ☐ Yes.  Debtor _____  Relationship _____
            District _____  When ___/___/_____
                                                           MM / DD / YYYY
            Case number, if known _____

    List all cases. If more than 1, attach a separate list.

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                                Number     Street
                                _____
                                _____     _____  _____
                                City                           State  ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name     _____
           Phone            _____

---

**Statistical and administrative information**

Debtor  __BRAMBLE 34 CORP_____       Case number (*if known*)_____
         Name

| 13. | Debtor's estimation of available funds | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | | |
|---|---|---|---|---|
| 14. | **Estimated number of creditors** | ☒ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| 15. | **Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☒ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| 16. | **Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☒ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | **Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>I have been authorized to file this petition on behalf of the debtor.<br><br>I have examined the information in this petition and have a reasonable belief that the information is true and correct. |
|---|---|---|

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __03/28/2023__
             MM  / DD  / YYYY

✗ _____/s/ "as officer"_____       __VICTOR M. RAMOS JR._____
   Signature of authorized representative of debtor       Printed name

   Title  __PRESIDENT_____

Debtor   __BRAMBLE 34 CORP._____     Case number (*if known*)_____
      Name

18. **Signature of attorney**

      ✘ _____     Date   _____
        Signature of attorney for debtor                                                                         MM   / DD  / YYYY

      _____
      Printed name
      _____
      Firm name
      _____
      Number         Street
      _____       _____   _____
      City                                                                                                     State             ZIP Code

      _____                        _____
      Contact phone                                                                               Email address

      _____  _____
      Bar number                                                                                           State

**Fill in this information to identify the case:**

Debtor name __BRAMBLE 34 CORP.__

United States Bankruptcy Court for the: __EASTERN__ District of __NY__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors 12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Blue Rock Capital | 13 Charles St, Street<br><br>Roosevelt    NY    11575<br>City    State    ZIP Code | PS Funding Inc. | ☒ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | _____ Street<br><br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | _____ Street<br><br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | _____ Street<br><br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | _____ | _____ Street<br><br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | _____ | _____ Street<br><br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK
**www.nyeb.uscourts.gov**

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):** BRAMBLE 34 CORP._____ **CASE NO.:**_____

      Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor (or any other petitioner) hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

**[NOTE:** Cases shall be deemed "Related Cases" for purposes E.D.N.Y LBR 1073-1 and E.D.N.Y LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☑ **NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.**

☐ **THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:**

1. **CASE NO.:** _____ **JUDGE:** _____ **DISTRICT/DIVISION:** _____

   **CASE PENDING: (YES/NO):** _____ [*If closed*] **Date of Closing:** _____

   **CURRENT STATUS OF RELATED CASE:** _____
                           **(Discharged/awaiting discharge, confirmed, dismissed, etc.**

       **MANNER IN WHICH CASES ARE RELATED:** (*Refer to NOTE above*): _____

- **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - INDIVIDUAL" PART 1 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

- **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - NON-INDIVIDUAL" PART 9 (REAL PROPERTY):** REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES:
  _____

2. **CASE NO.:** _____ **JUDGE:** _____ **DISTRICT/DIVISION:** _____

   **CASE PENDING: (YES/NO):** _____ [*If closed*] **Date of Closing:** _____

   **CURRENT STATUS OF RELATED CASE:** _____
                           **(Discharged/awaiting discharge, confirmed, dismissed, etc.**

       **MANNER IN WHICH CASES ARE RELATED:** (*Refer to NOTE above*): _____

- **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - INDIVIDUAL" PART 1 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

- **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - NON-INDIVIDUAL" PART 9 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES:_____

**DISCLOSURE OF RELATED CASES (cont'd)**

3.  **CASE NO.:** _____  **JUDGE:** _____  **DISTRICT/DIVISION:** _____

    **CASE PENDING: (YES/NO):** _____ **[***If closed***]** **Date of Closing:** _____

    **CURRENT STATUS OF RELATED CASE:** _____
    **(Discharged/awaiting discharge, confirmed, dismissed, etc.**

    **MANNER IN WHICH CASES ARE RELATED:** (*Refer to NOTE above*): _____

- **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - <u>INDIVIDUAL</u>" PART 1** (**REAL PROPERTY**):
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

- **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - <u>NON-INDIVIDUAL</u>" PART 9** (**REAL PROPERTY**): REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES:
  _____

**NOTE: Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.**

**TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:**

I am admitted to practice in the Eastern District of New York (Y/N): _____

**CERTIFICATION (to be signed by pro-se debtor/petitioner or debtor/petitioner's attorney, as applicable):**

**I certify under penalty of perjury that the within bankruptcy case is not related to any case pending or pending at any time, except as indicated elsewhere on this form.**

_____    *[signature]* "as officer"
**Signature of Debtor's Attorney**                **Signature of Pro-se Debtor/Petitioner**

                                                   13 CHARLES ST
                                                   **Mailing Address of Debtor/Petitioner**

                                                   ROOSEVELT, NY 11575
                                                   **City, State, Zip Code**

                                                   victorramosjr@gmail.com
                                                   **Email Address**

                                                   516-255-7818
                                                   **Area Code and Telephone Number**

**Failure to fully and truthfully provide all information required by the E.D.N.Y LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.**

**NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------
In Re:                                      Chapter  11

     BRAMBLE 34 CORP.

Debtor.
---------------------------------


VERIFICATION OF CREDITOR MATRIX

The undersigned, hereby verifies the attached list of creditors is true and correct.


Dated: MARCH 28, 2023

                                                              */s/ Victor M. Ramos, Jr.* "as officer"
                                                              VICTOR M. RAMOS, JR

PS Funding Inc.
1100 North Market St
Wilmington, DE 19890

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of New York**

In Re: Bramble 34 Corp.
Case.:

STATEMENT REGARDING CORPORATE DISCLOSURE
<u>PURSUANT TO LOCAL RULE 1073-3</u>

The undersigned, being the sole member of Bramble 34 Corp., hereby states that there are no entities that directly or indirectly own 10% or more of any class of the debtor's equity interest.

Dated:    March 28, 2023
         Roosevelt, NY

_____ "as officer"
Victor M. Ramos Jr.

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of New York**

In Re: Bramble 34 Corp.
Case.:

CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)
OF
Bramble 34 Corp.

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned certifies that the following is a corporation, other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

None


Dated:    March 28, 2023
         Roosevelt, NY

_____ "as officer"
Victor M. Ramos Jr.

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of New York**

In Re: Bramble 34 Corp.
Case.:

RESOLUTION OF BOARD OF DIRECTORS
OF
BRAMBLE 34 CORP.

    Whereas, it is the best interest of this corporate to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title of the United States Code;

Be it Therefore Resolve, that VICTOR M. RAMOS Jr., President of this Corporation is authorized and directed to employ an attorney at law admitted in the Eastern District of New York to represent the corporation in such bankruptcy case.

Dated:    March 28, 2023
            Roosevelt, NY

_____ "as officer"
Victor M. Ramos Jr.

# EMERGENCY FILING

# THERE IS A SALE SCHEDULED TODAY 3/28/2023 AT 3:00 PM ON MY PROPERTY